IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Civil Action
No. MDL 875

Transferor Court: United States District Court District of New Hampshire (NH)

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
'07 FEB 28 A 10:50

UNITED STATES DISTRICT COURT
FOR THE
**DISTRICT OF NEW HAMPSHIRE**

BARBARA J. BOWEN, Individually and as Executrix )
Of the ESTATE OF ELWOOD WILLIAM BOWEN, )
)
Plaintiff, )
)
v. )
EASTERN REFRACTORIES CO., INC., et al. )
)
Defendants. )
)

CIVIL ACTION
NO.: C 98-652-M

**ORDER OF DISMISSAL**

This matter having come before me and there being no objection, it is ORDERED: that all claims against DaimlerChrysler only be dismissed with prejudice and without costs.

Entered as an order of this Court on this 12th day of February, 2002.

*/s/ James T. Giles*

ENTER:

98-CV-652-SM

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 FEB 28 A 10: 50

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION   (VI)   MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

enclosure: